No. 1386. PEOPLE, APPELLEE, *v.* SUÁREZ, APPELLANT.—Violation of the Weights and Measures Act. San Juan, Section 1. May 29, 1919. *Affirmed.*

No. 248. MARTÍNEZ, PETITIONER, *v.* CROSAS, DISTRICT JUDGE, RESPONDENT.—Certiorari. May 29, 1919. *Petition denied.*

No. 1945. RODRÍGUEZ, APPELLEE, *v.* CASTILLO, APPELLANT.—Damages. Mayagüez. May 31, 1919. *Affirmed.*

No. 1981. GOBLE & JIMÉNEZ, APPELLEES, *v.* M. TRUYOL AND Co., APPELLANTS.—Damages. Guayama. June 3, 1919. *Reconsideration denied.*

No. 398. BEAUCHAMP, APPELLANT, *v.* REGISTRAR OF AGUADILLA, RESPONDENT.—Administrative appeal. June 3, 1919. *Reconsideration denied.*

No. 2007. LABORDE ET AL., APPELLEES, *v.* SURILLO ET AL. (ROIG ET AL., SUMMONED IN WARRANTY), APPELLANTS.—Ejectment. Humacao. June 3, 1919. *Appeal withdrawn.*

No. 253. HOMAR, COLÓN & Co., LTD., PETITIONERS, *v.* SEPÚLVEDA, DISTRICT JUDGE, RESPONDENT.—Certiorari. June 6, 1919. *Petition withdrawn.*

No. ——. ROBLEDO, APPELLANT, *v.* CENTRAL AGUIRRE Co., APPELLEE.—Injunction. Guayama. June 13, 1919. *Dismissed.*

No. ——. GREGORI ET AL., APPELLANTS, *v.* LUCCIONI, APPELLEE.—Nullity of contract. Ponce. June 13, 1919. *Dismissed.*